USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1464 DENNIS J. SOLOMON, Plaintiff, Appellant, v. KIMBERLY CHENEY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ____________________ Dennis J. Solomon on brief pro se. Carol  A.  Griffin,  W illiam T. Bogaert and Morrison, Mahoney & Miller on Memorandum of Law in Support of Motion of Defendant-Appellee, Kimberly Cheney, for Summary Affirmance. ____________________ November 14, 1997 ____________________ Per Curiam. Pro se plaintiff Dennis Solomon appeals a district court judgment that dismissed his complaint as frivolous  under 28 U.S.C. S 1915(e)(2)(B). Plaintiff is not a prisoner. He did not seek to proceed in forma pauperis, but rather  paid  the  full  fee  for filing his complaint. Thus, it is not  entirely  clear that the foregoing statute, which generally applies to prisoners seeking to proceed in forma pauperis, applies  to  this  case.   Nevertheless, having thoroughly reviewed the  record  and  the  parties' briefs on appeal, this court agrees that the instant action is frivolous and that plaintiff can prove  no  set  of  facts  that would entitle him to relief. Nor do we see any merit to the plaintiff's unsupported claim of bias on the part of the district court. Accordingly, the judgment of the district court is summarily affirmed. See Local Rule 27.1. -2-